# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MARIA J. VALLEJO, ET AL.**                                    **CIVIL ACTION**

**VERSUS**

                                                                **NO. 19-721-BAJ-RLB**

**ALL WAYS AUTO TRANSPORT, LLC, ET AL.**

## O R D E R

The court *sua sponte* notes the potential insufficiency of the removing defendant's

allegation of the citizenship of the parties as follows:

1.  __X__   A party invoking diversity jurisdiction must allege the *citizenship* of an
            individual.  An individual's citizenship is determined by his or her domicile,
            rather than residence. *See Preston v. Tenet Healthsystem Memorial Medical
            Center, Inc.*, 485 F.3d 793, 799 (5th Cir. 2007).  In addition, *see* 28 U.S.C.
            §1332(c)(2), for infants, the deceased and the incompetent.  The *citizenship* of
            **Kevin O. Somerville** is not provided.

2.  ____    A party invoking diversity jurisdiction must allege both the state of incorporation
            and principal place of business[1] of each corporate party.  *See, e.g., Illinois Central
            Gulf Railroad Co. v. Pargas, Inc., 706 F.2d 633 (5th Cir. 1983).*  The state of
            incorporation and principal place of business of _____ is not provided.

3.  ____    A party invoking diversity jurisdiction must allege both the state of incorporation
            and principal place of business of each corporate party.  *See, e.g., Illinois Central
            Gulf Railroad Co. v. Pargas, Inc., 706 F.2d 633 (5th Cir. 1983).*  Even when a
            liability insurer takes on its insured's citizenship under 28 U.S.C. § 1332(c)(1), its
            own citizenship still is considered in determining whether complete diversity
            exists.  The state of incorporation and principal place of business of
            _____ is not provided.[2]

4.  __X__   A party invoking diversity jurisdiction must properly allege the citizenship of a
            limited liability company.  The citizenship of a limited liability company for

---

[1] The phrase "principal place of business" in §1332(c)(1) refers to the place where a corporation's high
level officers direct, control, and coordinate the corporation's activities, *i.e.*, its "nerve center," which will
typically be found at its corporate headquarters.  *Hertz Corp. v. Friend,* 130 S.Ct. 1181, 175 L.Ed.2d 1029
(2010)

[2] See footnote 1.

diversity purposes is determined by the citizenship of **its members**. The citizenship of **all of the members** of a limited liability company must be properly alleged. In the event a member of a limited liability company is another limited liability company, the members of that limited liability company must be properly alleged as well. *See Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077, 1080 (5th Cir. 2008)*. The complete citizenship of **All Ways Auto Transport, LLC** is not provided.

5.    \_\_\_\_    A party invoking diversity jurisdiction must properly allege the citizenship of a general partnership, a limited liability partnership, and a limited partnership. A general partnership, a limited liability partnership, and a limited partnership has the citizenship of each one of its partners. Both the general partner and limited partner must be alleged to establish citizenship of a limited partnership. See *International Paper Co. v. Denkmann Assoc., 116 F.3d 134, 137 (5th Cir. 1997); Carden v. Arkoma Associates, 494 U.S. 185 (1990)*. The citizenship of _____ is not provided.

6.    \_\_\_\_    A party invoking diversity jurisdiction must properly allege the citizenship of Underwriters at Lloyd's, London. The citizenship of Underwriters at Lloyd's, London has not been provided. *See Corfield v. Dallas Glen Hills LP, 355 F.3d 853 (5th Cir. 2003)*.

7.    \_\_\_\_    A party invoking diversity jurisdiction must properly allege the citizenship of a sole proprietorship. A business entity cannot be both a corporation and sole proprietorship; therefore the court seeks to clarify the identity of plaintiff/defendant. Case law suggests that the citizenship of a sole proprietorship for diversity purposes is determined by the citizenship of its members and/or owners. *See Linder Enterprises v. Martinringle, No. 07-1733, 2007 WL 3095382 (N.D. Tex., Oct. 22, 2007).* The citizenship of _____ is not provided.

Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **December 3, 2019**,

the removing defendant shall file an amended notice of removal providing the citizenship of

defendants **Kevin O. Somerville and All Ways Auto Transport, LLC** by setting forth all

citizenship particulars required to sustain federal diversity jurisdiction.

Signed in Baton Rouge, Louisiana, on November 19, 2019.

_____
    **RICHARD L. BOURGEOIS, JR.**
    **UNITED STATES MAGISTRATE JUDGE**