UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARIA J. VALLEJO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **ALL WAYS AUTO TRANSPORT, ET AL.** | **NO.: 19-721-BAJ-SDJ** |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 22)**, proposed pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiffs' **Motion for Leave to File First Supplemental and Amended Petition (Doc. 12)**. No opposition to the Motion has been filed. Plaintiffs, citizens of Texas, seek to add "Milford Casualty Insurance Company (formerly known as 'Milwaukee Casualty Insurance Company',)" domiciled in Delaware and a citizen of Texas, as a Defendant. *See* (Doc. 12). The Magistrate Judge recommended that the unopposed Motion be granted (Doc. 22, at p. 2). The Magistrate Judge further recommended that the matter be referred to the 18th Judicial District Court for the Parish of West Baton Rouge because adding Milford as a Defendant will destroy complete diversity among the parties. *Id.*

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact,

1

18th JDC Certified  and Jury

conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 22)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiffs' **Motion for Leave to File First Supplemental and Amended Petition (Doc. 12)** is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the 18th Judicial District Court for the Parish of West Baton Rouge.

Baton Rouge, Louisiana, this 9th day of September, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**